UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-02835-ODW (SSCx) | Date | May 27, 2026 |
|---|---|---|---|
| Title | *Ankit Kumar v. Warden, Desert View Facility et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**                     **In Chambers**

Presently before the Court is Petitioner Ankit Kumar's Ex Parte Application for a Temporary Restraining Order ("TRO").  (Ex Parte Appl. ("TRO"), Dkt. No. 2.)

The Court must first consider whether it has jurisdiction to grant the requested relief.  *See Sinochem Int'l Co. v. Malaysia Int'l Shipping Corp.*, 549 U.S. 422, 430–31 (2007) ("[A] federal court generally may not rule on the merits of a case without first determining that it has jurisdiction.")  Under 8 U.S.C. § 1252(g), "no court shall have jurisdiction to hear any cause or claim by or on behalf of any alien arising from the decision or action by the Attorney General to commence proceedings, adjudicate cases, or execute removal orders against any alien."  The Ninth Circuit made clear that § 1252(g) strips district courts over claims that challenge the decision to execute a removal order.  *Rauda v. Jennings*, 55 F. 4th 773, 778 (9th Cir. 2022).

Kumar requests the Court enjoin Respondents from removing him during the pendency of this action.  (TRO 4–5.)  However, § 1252(g) prohibits this Court from reviewing Kumar's request to enjoin the execution of his final removal order pending adjudication of the merits of his case.  Regardless of how he frames this TRO, Kumar is ultimately requesting the Court enjoin an unreviewable discretionary decision that has no temporal restrictions.  *Rauda*, 55 F. 4th at 780 ("[T]he government has discretion to decide *when* to remove an alien from a place he has no legal right to remain.").  Accordingly, the Court finds that § 1252(g) strips this Court of jurisdiction to consider Kumar's TRO.  The Court makes no finding as to whether it also strips this Court of jurisdiction to consider Kumar's underlying petition.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-02835-ODW (SSCx) | Date | May 27, 2026 |
|---|---|---|---|
| Title | *Ankit Kumar v. Warden, Desert View Facility et al* | | |

Accordingly, the Court **DENIES** Kumar's TRO.  (Dkt. No. 2.)

**IT IS SO ORDERED**.

                                                                    :        00

Initials of Preparer      SE