UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKIT KUMAR,<br>Petitioner,<br>v.<br>WARDEN, DESERT VIEW FACILITY, et al.,<br>Respondents. | Case No. 5:26-cv-02835-ODW-SSC<br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's objections to the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner has

objected. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that the petition is denied.

DATED: August 28, 2026

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE