UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKIT KUMAR, Petitioner, v. WARDEN, DESERT VIEW FACILITY, et al., Respondents. | Case No. 5:26-cv-02835-ODW-SSC<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied.

DATED: August 28, 2026

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE